THOMAS F. HALPIN, an Infant, by THOMAS M. HALPIN, his Guardian ad Litem, et al., Appellants, *v.* NEW YORK RAILWAYS CORPORATION, Respondent.

Argued October 20, 1937; decided November 23, 1937.

*Sidney J. Feltenstein* for appellants.

*Henry J. Smith* and *Joseph L. Zelaskow* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN and FINCH, JJ. Dissenting: HUBBS, LOUGHRAN and RIPPEY, JJ.